IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

KENNETH HAMPTON                                                                           PLAINTIFF

VS.                                                          CIVIL ACTION NO. 3:18-cv-434-HTW-LRA

CITY OF YAZOO, MISSISSIPPI; YAZOO CITY
POLICE DEPARTMENT; and CHIEF RONALD SAMPSON, SR.,
INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY
AS CHIEF OF POLICE OF YAZOO CITY, MISSISSIPPI                      DEFENDANTS

## FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come on for hearing on the motion of the parties ore tenus to dismiss Plaintiff's cause of action with prejudice, and this Court, having considered the same and being fully advised in the premises, and it appearing that this entire cause has been compromised and settled as between and among the parties, is of the opinion that said motion is well taken and should be, and the same is, hereby granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that all claims in this civil action shall be and the same are hereby dismissed with prejudice, with the parties to bear their respective costs.

SO ORDERED AND ADJUDGED, this the 14th day of November, 2019.

/s/HENRY T. WINGATE
UNITED STATES DISTRICT JUDGE

APPROVED AND AGREED TO:

/s/ *Louis H. Watson*
WATSON & NORRIS, PLLC
Attorney for Plaintiff

/s/*Silas W. McCharen*
DANIEL COKER HORTON & BELL PLLC
Attorney for Defendant